UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DAVID JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:19-CV-96-BO** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiffs motion for judgment on the pleadings [DE 18] is GRANTED and defendant's motion [DE 20] is DENIED. The decision of the Commissioner is REVERSED and this matter is REMANDED for an award of benefits consistent with the foregoing.

**This Judgment Filed and Entered on June 17, 2020, and Copies To:**
Charlotte Williams Hall            (via CM/ECF electronic notification)
Gabriel R. Deadwyler            (via CM/ECF electronic notification)

DATE:            PETER A. MOORE, JR., CLERK
June 17, 2020            (By) /s/ Nicole Sellers
            Deputy Clerk